

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00184-CV

**H2ECO BULK, LLC,**
Appellant

v.

Bill **BRINKMEYER** and Sheri Brinkmeyer,
Appellees

From the County Court at Law, Gillespie County, Texas
Trial Court No. 16914-CCV
Honorable Christopher Nevins, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's March 8, 2024 judgment is REVERSED and the matter is REMANDED to the trial court for a new trial on liability and damages.

It is ORDERED that costs are taxed against party incurring same.

SIGNED July 30, 2025.

_____
Lori Massey Brissette, Justice